1

**The Honorable Robert S. Lasnik**

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                     AT SEATTLE

9
NAVEEN MYSORE PRAKASH and
10   CHETANA VIVEKANAND DESAI,                    NO.  2:10-cv-01845RSL

11                          Plaintiffs,           **ORDER ENFORCING THE**
                                                  **SETTLEMENT AGREEMENT AS**
12   v.                                           **ATTACHED HERETO**

13   SAVI TECHNOLOGIES, INC., VIGNA,
     INC., RAVI PRATHIPATI, PADMA
14   BALUSU, VIJAYA LAKSHIMI, and
     JAGADEESH MUPPARAJU,
15
16                          Defendants.
17

18
             This matter comes before the Court on "Defendants' Briefing Regarding Enforcement of
19
     the Settlement Agreement" (Dkt. # 73) and plaintiffs' "Motion for Order Resolving Terms of
20
     Settlement and Approving Form of Order of Dismissal" (Dkt. # 75).  The Court having reviewed
21
     all pleadings filed in support of and in opposition to the memoranda, and the Court finding that
22
     good cause exists for the enforcement of the Settlement Agreement as attached hereto, it is hereby
23
     **ORDERED** that:
24
             (a)  The Settlement Agreement as attached hereto be enforced and honored by the parties.
25
             (b)  Defendants shall, consistent with ¶ 5 of the Settlement Agreement, present and file the
26
                  proposed stipulation and agreed order of dismissal for the Court's signature.

ORDER ENFORCING THE SETTLEMENT AGREEMENT AS ATTACHED
HERETO -1
{20750/T314417.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-4000
Fax 206 340-2563

1

2

3

4       **SO ORDERED** this 21st day of February, 2012.

5

6

7                                                        *MvT S Lasnik*
                                                         Honorable Robert S. Lasnik
8

9

10

11      **Presented by:**

12      LASHER HOLZAPFEL
        SPERRY & EBBERSON, P.L.L.C.
13

14

15      By:   /s/ Robin Williams Phillips
              Robin Williams Phillips, WSBA #17947
16            Sean V. Small, WSBA #37018
              Attorneys for Defendants
17

18

19

20

21

22

23

24

25

26

ORDER ENFORCING THE SETTLEMENT AGREEMENT AS ATTACHED
HERETO -2
{20750/T314417.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563