**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVEEN MYSORE PRAKASH and CHETANA VIVEKANAND DESAI,<br><br>Plaintiffs,<br><br>v.<br><br>SAVI TECHNOLOGIES, INC., VIGNA, INC., RAVI PRATHIPATI, PADMA BALUSU, VIJAYA LAKSHIMI and JAGADEESH MUPPARAJU,<br><br>Defendants. | NO.  2:10-cv-01845-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

COME NOW the parties, by and through their counsel of record, and stipulate to the entry of an order dismissing the above-captioned action, without cost to any party without prejudice to plaintiffs' right to reopen this matter for the entry of judgment should defendants default pursuant to paragraph 7 of the settlement agreement approved by the Court.

DATED this 26th day of April, 2012.

LASHER HOLZAPFEL
SPERRY & EBBERSON, P.L.L.C.

By:   *s/Robin Williams Phillips*
    Robin Williams Phillips, WSBA #17947
    Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL-1
{20750/T354072.DOC}

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

DATED this _____ day of February, 2012.

MIKKELBORG BROZ WELLS FRYER, PLLC

By: _____*s/Jess G. Webster*_____
Jess G. Webster, WSBA #11402
Attorneys for Plaintiffs

ORDER

THIS MATTER came before the Court upon the foregoing Stipulation of counsel. It appearing to the Court that the parties have resolved their dispute and have stipulated to the dismissal of the above-captioned action without costs or attorney's fees awarded to any party, provided that plaintiffs may summarily reopen this action for purposes of entry of a judgment upon a confession of judgment, should defendants default under paragraph 7 of the Settlement Agreement.

IT IS HEREBY ORDERED that the above-captioned action is dismissed without costs or attorney's fees awarded to any party.

IT IS FURTHER ORDERED that the plaintiffs shall be entitled to summarily reopen this matter upon notification to the Clerk of the Court, and filing of an application with the Clerk for purposes of entry of judgment upon a Confession of Judgment, pursuant to the provisions of paragraph 7 of the attached Settlement Agreement.

Signed this 4th day of May, 2012.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik

STIPULATION AND ORDER OF DISMISSAL-2
{20750/T354072.DOC}

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563